UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:12-1129 |
| ) | |
| v. ) | *Judge Campbell* |
| ) | *Magistrate Judge Brown* |
| VERONICA HUNTER, custodial parent of the minor ) | |
| LILLIJAN HUNTER, and LILLIJAN HUNTER, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

This civil action is set for a case management conference to be conducted on January 31, 2013 (Docket Entry no. 7). Plaintiff moves to continue the case management conference to give opposing counsel the opportunity to resolve a guardianship issue which would resolve underlying issues in this civil action.

Attached is correspondence from James W. Brooks, Jr. indicating an order appointing a guardian for the minor child Lillijan Hunter should be entered in the immediate future. Upon entry of the order, Plaintiff anticipates being able to terminate this civil action by an agreed order.

The relief requested by this motion being within the sound discretion of the Court, a supporting memorandum of law is not being filed. The Court should note Mr. Brooks has not

**ORDER**
**Motion Granted** and the ICMC shall be reset to March 18, 2013 at
/S/ Joe B. Brown 2:00 p.m. unless the parties notify the Court that the
**JOE B. BROWN** matter has been resolved.
**Magistrate Judge**

{001125/12421/00275137.DOCX / Ver.2}   1