IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND | ) ) ) NO. 3-12-1129 |
| v. | ) JUDGE CAMPBELL ) |
| VERONICA HUNTER | ) |

ORDER

Plaintiff has filed a Notice of Voluntary Nonsuit (Docket No. 11), indicating that it wishes to dismiss this action without prejudice. Accordingly, this action is DISMISSED without prejudice, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE